# United States Bankruptcy Court
# Central District Of California

411 West Fourth Street, Suite 2030, Santa Ana, CA 92701−4593

## ORDER AND NOTICE OF DISMISSAL
## ARISING FROM CHAPTER 13 CONFIRMATION HEARING

**DEBTOR INFORMATION:**
Mario Mendez−Molina
aka Mario Mendez, dba Mendez Company

**BANKRUPTCY NO.** 8:10−bk−15275−TA

**CHAPTER** 13

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** xxx−xx−8706
**Employer Tax−Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 9/13/10

**Address:**
13946 Dawson St.
Garden Grove, CA 92843

Pursuant to the court's findings and conclusions made at the confirmation hearing in this case,
IT IS ORDERED THAT:

(1)   debtor's bankruptcy case is dismissed; and
(2)   the court retains jurisdiction on all issues arising under Bankruptcy Code Sections 110, 329 and 362.

Dated: September 13, 2010

BY THE COURT,
**Kathleen J. Campbell**
Clerk of Court

(Form od13a VAN−150) Rev. 03/09

**21 / NGO**